IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHARON E. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 110-158 |
| | ) | |
| PHYSICIAN PRACTICE GROUP and PATRICIA PRESSLEY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 8).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, and this civil action is **CLOSED**.

SO ORDERED this 18th day of May, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although Plaintiff's latest filing is titled "Brief Support of Complaint," it appears to dispute the conclusions set forth in the R&R. (See doc. no. 8.) Accordingly, the Court construes the filing as objections to the R&R. Notably, however, the filing is not signed as required under Fed. R. Civ. P. 11(a). In any event, Plaintiff's objections are meritless and provide no basis for departing from the conclusions in the R&R.